IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RWN DEVELOPMENT GROUP, LLC )<br>et al., )<br> )<br>    Plaintiffs, )<br>v. )<br> )<br>THE TRAVELERS INDEMNITY )<br>COMPANY OF CONNECTICUT, )<br> )<br>    Defendant. ) | Civil No. _____ |

## **DEFENDANT'S LCvR 7.1 CORPORATE DISCLOSURE**

I, the undersigned, counsel of record for Defendant The Travelers Indemnity Company of Connecticut ("Travelers"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Travelers that have any outstanding securities in the hands of the public:

The Travelers Indemnity Company of Connecticut is a wholly owned subsidiary of The Phoenix Insurance Company, which is a wholly owned subsidiary of The Travelers Indemnity Company, which is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly owned subsidiary of Travelers Property Casualty Corp., which is a wholly owned subsidiary of The Travelers Companies, Inc., a publicly held corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

*[signature]*

Lee H. Ogburn, Bar No. MD 00118
Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland  21202
410.752.6030 (voice)
410.539.1269 (facsimile)
*Attorneys for Defendant*

Dated: August 30, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2007, a copy of the foregoing paper was sent by first-class mail, postage prepaid, to

Richard W. Luchs, Esquire
William C. Casano, Esquire
Roger D. Luchs, Esquire
Greenstein Delorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5605

*[signature]*
Steven M. Klepper