IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RWN DEVELOPMENT GROUP, LLC )<br>et al., )<br> )<br>    Plaintiffs, )<br>v. )<br> )<br>THE TRAVELERS INDEMNITY )<br>COMPANY OF CONNECTICUT, )<br> )<br>    Defendant. ) | Civil No. 07-1546 (RBW) |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant The Travelers Indemnity Company of Connecticut ("Travelers"), by its undersigned attorneys, moves to extend the time for it to answer or otherwise respond to the Complaint from September 7, 2007, to September 21, 2007. Counsel for Travelers has conferred with counsel for Plaintiffs, who consented to the requested extension.

                                          Respectfully submitted,

                                            */s/ Steven M. Klepper*
                                        Lee H. Ogburn, Bar No. MD 00118
                                        Steven M. Klepper, Bar No. MD 26664
                                        KRAMON & GRAHAM, P.A.
                                        One South Street, Suite 2600
                                        Baltimore, Maryland  21202
                                        410.752.6030 (voice)
                                        410.539.1269 (facsimile)

                                        *Attorneys for Defendant*

Dated: September 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RWN DEVELOPMENT GROUP, LLC<br>et al., | )<br>)<br>) | |
|  Plaintiffs, | ) | |
| v. | ) | Civil No. 07-1546 (RBW) |
| THE TRAVELERS INDEMNITY<br>COMPANY OF CONNECTICUT, | )<br>)<br>)<br>) | |
|  Defendant. | ) | |

## **ORDER**

Upon consideration of Defendant's Consent Motion to Extend Time to Answer or Otherwise Respond to Complaint, it is this date hereby

ORDERED that the motion is GRANTED. Defendant shall answer or otherwise respond to the Complaint by September 21, 2007.

           SO ORDERED.

           _____
           Reggie B. Walton
           United States District Judge

Dated: