IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RWN Development Group, LLC, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>The Travelers Indemnity Company of<br><br>*Defendant*. | Civil Action No. 07-1546 (RBW) |

## NOTICE OF APPEARANCE

Please note the appearance of William C. Casano, Esq., and the law firm of Greenstein DeLorme & Luchs, P.C. for Plaintiffs RWN Development Group, LLC, 1700 Kalorama Condominium LLC, and Richard W. Naing in the above referenced matter. In accordance with LCvR 83.6 of the United States District Court for the District of Columbia, I certify that I am a member of the bar of the District of Columbia (Bar No. 352492) and the bar of the United States District Court for the District of Columbia and am in good standing within the legal profession.

           Respectfully submitted,

           GREENSTEIN DELORME & LUCHS, P.C.

Dated: September 19, 2007

           /S/
           William C. Casano, #352492
           Richard W. Luchs, #243931
           Roger D. Luchs, #347609
           1620 L Street, N.W., Suite 900
           Washington, DC 20036-5605
           Telephone: (202) 452-1400
           E-mail: wcc@gdllaw.com
           E-mail: rwl@gdllaw.com
           E-mail: rdl@gdllaw.com

           *Attorneys for Plaintiffs*

322068v1