IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RWN Development Group, LLC, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> The Travelers Indemnity Company of <br><br> *Defendant*. | Civil Action No. 07-1546 (RBW) |

## NOTICE OF APPEARANCE

Please note the appearance of Richard W. Luchs, Esq., as co-counsel for Plaintiffs RWN Development Group, LLC, 1700 Kalorama Condominium LLC, and Richard W. Naing in the above referenced matter. In accordance with LCvR 83.6 of the United States District Court for the District of Columbia, I certify that I am a member of the bar of the District of Columbia (Bar No. 352492) and the bar of the United States District Court for the District of Columbia and am in good standing within the legal profession.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: September 19, 2007

    /S/
Richard W. Luchs, #243931
William C. Casano, #352492
Roger D. Luchs, #347609
1620 L Street, N.W., Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400
E-mail: rwl@gdllaw.com
E-mail: wcc@gdllaw.com
E-mail: rdl@gdllaw.com

*Attorneys for Plaintiffs*

322114v1