IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RWN DEVELOPMENT GROUP, LLC )<br>et al., )<br>       )<br>       Plaintiffs, )<br>v.       ) Civil No. 07-1546 (RBW)<br>       )<br>THE TRAVELERS INDEMNITY )<br>COMPANY OF CONNECTICUT, )<br>       )<br>       Defendant. ) | |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME
TO RESPOND TO MOTION TO REMAND**

Defendant The Travelers Indemnity Company of Connecticut ("Travelers"), by its undersigned attorneys, moves to extend the time for it to respond to Plaintiffs' Motion to Remand Case to Superior Court for the District of Columbia (Docket No. 5) from October 3, 2007, to October 10, 2007. Counsel for Travelers has conferred with counsel for Plaintiffs, who consented to the requested extension.

WHEREFORE, Travelers respectfully requests that the Court extend the time for it to respond to the motion to remand until October 10, 2007.

07489/0/00319126.WPDv1

        Respectfully submitted,

          */s/ Steven M. Klepper*
        Lee H. Ogburn, Bar No. MD 00118
        Steven M. Klepper, Bar No. MD 26664
        KRAMON & GRAHAM, P.A.
        One South Street, Suite 2600
        Baltimore, Maryland 21202
        410.752.6030 (voice)
        410.539.1269 (facsimile)

        *Attorneys for Defendant*

Dated: October 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RWN DEVELOPMENT GROUP, LLC )<br>et al., )<br>  )<br>  Plaintiffs, )<br>v. )<br>  )<br>THE TRAVELERS INDEMNITY )<br>COMPANY OF CONNECTICUT, )<br>  )<br>  Defendant. ) | Civil No. 07-1546 (RBW) |

## **ORDER**

Upon consideration of Defendant's Consent Motion to Extend Time to Respond to

Motion to Remand, it is this date hereby

ORDERED that the motion is GRANTED. Defendant shall respond to the motion

to remand by October 10, 2007.

SO ORDERED.

_____
Reggie B. Walton
United States District Judge

Dated: