UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
RWN DEVELOPMENT GROUP, LLC, et. al. )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )    Civil Action No. 07-1546 (RBW)
                                    )
TRAVELERS INDEMNITY                 )
COMPANY OF CONNECTICUT,             )
        Defendant,                  )
_____ )

## ORDER

In accordance with the Court's rulings in its Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the defendant's Motion for Leave to File Amended Notice of Removal is **GRANTED**. It is further

**ORDERED** that the plaintiffs' Motion to Remand Case to Superior Court for the District of Columbia for lack of federal jurisdiction must be **GRANTED.**

**SO ORDERED** on this 29th day of February 2008.

/s/_____
REGGIE B. WALTON
United States District Court Judge